IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case No. 3:14-cr-00151-2 |
| v. | ) | Senior Judge Haynes |
| | ) | |
| VICTOR HUGO CORPORAN-GONZALEZ | ) | |

ORDER

Before the Court is the Government's unopposed motion to continue trial pending resolution of Defendant's motion to suppress. (Docket Entry No. 31). The motion is **GRANTED** and the trial in this action currently set for January 27, 2015 is **CONTINUED**.

An evidentiary hearing to address Defendant's motion to suppress (Docket Entry No. 27) is set for **Friday, January 30, 2015 at 1:30 p.m.** in the United States Courthouse in Nashville, Tennessee.

It is so **ORDERED**.

ENTERED this the __16th__ day of January, 2015.

WILLIAM J. HAYNES, JR.
Senior United States District Judge