UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | No. 3:14-cr-00151(1) |
| | ) | Judge Haynes |
| Engels Mercedes-Tavera | ) | |

## MOTION TO CONTINUE CHANGE OF PLEA HEARING

The Defendant Engels Mercedes-Tavera, by and through counsel, hereby moves that the Court continue the change of plea hearing set for June 15, 2015 at 1:30.

As grounds for this Motion, the undersigned counsel has not yet had the plea agreement and plea petition translated into Spanish for Mr. Mercedes-Tavera. The plea agreement has been read to Mr. Mercedes-Tavera in Spanish, but the Spanish interpreter/translator that the undersigned attorney has been employing for Mr. Mercedes-Tavera has changed jobs and moved out of state as of June 1st. The undersigned attorney is meeting with Mr. Mercedes-Tavera this afternoon to have the plea petition read to him in Spanish through an interpreter. The undersigned attorney needs additional time to employ a translator/interpreter to translate the parties plea agreement and the plea petition for Mr. Mercedes-Tavera into Spanish and for the work to be completed.

Mr. Mercedes-Tavera requests a continuance of ten to fourteen days in order to be able to have the plea agreement and plea petition translated into Spanish.

Respectfully submitted this 12th day of June, 2015.

> s/ Charles D. Buckholts
> Charles D. Buckholts, BPR #019318
> Attorney for Defendant
> 40 Burton Hill Blvd., Suite 200
> Nashville, TN 37215

*[Handwritten annotation: "This motion is GRANTED. /s/ [Judge signature] 6/15/15"]*